# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEYERS-ZLOKOVICH, et al.,<br><br>　　　　Defendants. | **Case No.  1:14-cv-01521-JLT (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR NOTIFY THE COURT HE DOES NOT WISH TO PROCEED *IN FORMA PAUPERIS***<br><br>**(Doc. 2)** |

　　　　Plaintiff, a prisoner proceeding *pro se*, is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants removed the action to this court from Kings County Superior Court on September 25, 2014 and paid the filing fee on their initial appearance.  Plaintiff must indicate whether he desires leave to proceed *in forma pauperis* pursuant to 28 U. S. C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　**Within 45 days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, notify the Court that he does not wish to proceed *in forma pauperis*, in which case he will be required to pay costs, as they arise;

　　　　2.　　**No extension of time will be granted without a showing of good cause**; and

///

///

1

**Plaintiff is advised that his failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 1, 2014**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE