# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. THOMPSON, | Case No. 1:14-cv-01521-JLT (PC) |
| Plaintiff, | **ORDER FINDING COGNIZABLE CLAIMS STATED AND REQUIRING RESPONSIVE PLEADING/ANSWER FROM DEFENDANTS** |
| v. | |
| MEYERS-ZLOKOVICH, et al., | **(Doc. 2)** |
| Defendants. | **30-DAY DEADLINE** |

   Plaintiff, a prisoner proceeding *pro se*, is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants removed the action to this court from Kings County Superior Court on September 25, 2014.

   The Court has screened the Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Correctional Officers D. Meyers, Morrows, Moreno, and A. Rocha for use of deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment and for retaliation in violation of the First Amendment.  Fed. R. Civ. P. 8(a); *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512-15 (2002); *Austin v. Terhune*, 367 F.3d 1167, 1171 (9th Cir. 2004); *Jackson v. Carey*, 353 F.3d 750, 754 (9th Cir. 2003); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

   Ordinarily, Plaintiff would be ordered to submit documents for service on each of the four Defendants named above.  However, Plaintiff has already served the Complaint on the

1

Defendants, who removed the action to this Court.  Thus, Defendants are now entitled to file a responsive pleading.  Fed. R. Civ. Pro. 12.

Accordingly, it is HEREBY ORDERED that within 30 days of the date of service of this order, Defendants Correctional Officers D. Meyers, Morrows, Moreno, and A. Rocha are to file a responsive pleading in this action.

IT IS SO ORDERED.

Dated:   **October 27, 2014**                              **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE