# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>MEYER-ZLOKOVICH, et al.,<br><br>Defendants. | Case No. 1:14-cv-01521-LJO-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 17) |

On July 13, 2015, Defendants filed a motion for summary judgment in which they argue that Plaintiff failed to exhaust available administrative remedies prior to filing this action. (Doc. 16.) That same date, Defendants filed a motion seeking to modify the Discovery and Scheduling Order. (Doc. 17.) Plaintiff filed neither an opposition, nor objections.

Pursuant to F.R.Civ.P. 16(b)(3)(A), district courts must enter scheduling orders to establish deadlines for, among other things, to "file motions" and "complete discovery." Scheduling orders may also "set dates for pretrial conferences and for trial." Fed. R. Civ. P. 16(b)(3)(B)(v). "A schedule may be modified only for good cause and with the judge's consent." F.R.Civ.P. 16(b)(4). The scheduling order "controls the course of the action unless the court modifies it." F.R.Civ.P. 16(d).

Defendants request the Court vacate the deadlines for discovery and filing dispositive motions. Further, they request the Court stay discovery, except as it relates to the exhaustion

1

issue, until after a ruling issues on the motion for summary judgment.  Defendants indicate that their motion for summary judgment may dispose of all of Plaintiff's claims such that discovery on the merits is premature and an unnecessary use of resources at this juncture.

Accordingly, good cause appearing, the Court **ORDERS**:

1. The Discovery and Scheduling Order is modified as follows:
    a. The deadline for filing dispositive motions and completing discovery is **VACATED**;
    b. Discovery, except for that relating to the exhaustion issue, is **STAYED** pending ruling on Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **August 21, 2015**                                  /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE

2