# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MEYER-ZLOKOVICH, et al,<br><br>    Defendants. | 1:14-cv-01521-LJO-JLT (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 16)**<br><br>**21-DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on his claims in the Complaint against Defendants Correctional Officers D. Meyers, Morrows, Moreno, and A. Rocha for use of deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment and for retaliation in violation of the First Amendment. (Docs. 1, 9.)

On July 13, 2015, Defendant filed a motion for summary judgment which included notice to Plaintiff of the requirements if he desired to file an opposition. (Doc. 16.) Plaintiff has not filed an opposition or a statement of non-opposition to the motion despite lapse of the requisite time. Local Rule 230(*l*). Accordingly, the court **ORDERS**:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion **within 21 days** from the date of service of this order;[1] and

---

[1] A Second Informational Order containing the requirements to oppose a motion for summary judgment issued earlier

1

    2.      **Plaintiff is warned that the failure to comply with this order will result dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

    Dated:   **August 21, 2015**                   **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE

---

this month.  (*See* Doc. 18.)